956

No. 80–430. GRASSI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–433. COLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–448. TUCKER v. HARTFORD NATIONAL BANK & TRUST CO. Sup. Ct. Conn. Certiorari denied.

No. 80–462. TRIMARCHE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–475. SPRINGPARK ASSOCIATES v. CROWN LIFE INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 80–479. FRENCH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–492. ANDERSON v. BOLGER, POSTMASTER GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–513. LANE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–527. MYERS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–538. CIAMPAGLIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 80–539. TALBERT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5019. BORRELLI v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–5030. SINCLAIR v. BROWN, DISTRICT ATTORNEY, PARISH OF EAST BATON ROUGE. Sup. Ct. La. Certiorari denied.